UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MALDONADO,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL BOUDREAUX, et al.,<br><br>          Defendants. | Case No. 1:22-cv-01518-HBK<br><br>ORDER SETTING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>SEPTEMBER 6, 2024 at 10:00 A.M. |

Pending before the Court is Defendants Tulare County and Tulare County Sheriff's Office's Motion for Summary Judgment. (Doc. No. 26, "Motion"). Upon review of the pleadings, the Court finds it would benefit from oral argument and a hearing on the Motion.

Accordingly, it is hereby **ORDERED**:

1. The hearing on Defendants' Motion for Summary Judgment is scheduled for **Friday, September 6, 2024 at 10:00 A.M.** in Courtroom 2, Floor 8 in Fresno.

2. The Court VACATES the August 22, 2024 Final Pretrial Conference and September 16, 2024 Trial date and associated deadlines pending the Court's resolution of the Motion.

Dated:   August 7, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE